1  JAMES A. MC DEVITT
   United States Attorney
2  TIMOTHY M. DURKIN
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
5  Telephone:  (509) 353-2767

6

7                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF WASHINGTON
8

9  ROBERT K. HABERKORN, and
   ROBERT E. and JACQUELINE C.
10 HABERKORN, husband and wife and      NO. CV-06-123-LRS
11 parents of ROBERT K.
   HABERKORN,
12
                                        ORDER OF DISMISSAL
13          Plaintiffs,

14    v.

15 UNITED STATES OF AMERICA
16

17

18          Defendant.

19 Based upon stipulation of the parties,

20     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims

21 against the United States in the above-entitled action be dismissed with prejudice

22 and without costs.

23     IT IS SO ORDERED this __22nd__ day of ____March_____ , 2007.

24

25                           s/Lonny R. Suko
26                           _____
                             LONNY R. SUKO
27                           United States District Judge
                             EASTERN DISTRICT OF WASHINGTON

ORDER OF DISMISSAL: 1
N:\TDurkin\Civil - Active\Haberkorn\Settlement\Order of Dismissal.doc

Presented by:


JAMES A. MC DEVITT
United States Attorney


TIMOTHY M. DURKIN
Assistant U. S. Attorney
Attorneys for Defendant


Jacke L. Blair, WSBA 7901
Mullin, Cronin, Casey & Blair, P.S.
N. 115 Washington
Third Floor
Jockey Club Building
Spokane, WA 99201
Attorneys for Plaintiff

ORDER OF DISMISSAL: 2
N:\TDurkin\Civil - Active\Haberkorn\Settlement\Order of Dismissal.doc